```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK BEACHLEY,

               Plaintiff,

-against-

26 MOTORS CORP.,

               Defendant.

1:22-cv-8907-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Complaint in this action was filed on October 19, 2022. [ECF No. 1.] On January 20, 2023, the Court issued an Order noting that no proof of service had been filed and directing Plaintiff to serve Defendants and to file proof of service on the docket on or before February 10, 2023. [*See* ECF No. 7.] The Court warned that if "service has not been made on or before that date, and if Plaintiff fails to show cause, in writing, why service has not been made, the complaint will be dismissed for failure to prosecute pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure." [ECF No. 7.]

No proof of service has been filed, nor has Plaintiff shown cause why service has not been made. Accordingly, this case is dismissed with prejudice for failure to prosecute.

**SO ORDERED.**

**Date: February 15, 2023**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**